John J. Fleming, etc., appellee, v. Michael Olyniec and Veronica Olyniec, defendants.

In re Petition of C. L. Noruk, intervening petitioner, appellant. Gen. No. 36,429.

Opinion filed November 21, 1933.

Arthur J. Hughes, for appellant; Frank Michels, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.